Case 2:19-cv-04191-E

PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com



Attorneys for Plaintiff,
ANGELICA RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ANGELICA RODRIGUEZ<br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>Defendant. | Case No. 2:19-CV-04191-E<br><br>[~~proposed~~] ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Honorable Charles F. Eick |
|---|---|

    Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of FOUR THOUSAND, EIGHT HUNDRED DOLLARS and ZERO CENTS ($4,800.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: 1/27/20

CHARLES F. EICK
United States Magistrate Judge

---

[proposed] Order For Award Of Attorney Fees Under The Equal Access To Justice Act (EAJA)
- 1